No. 00–9074. BROWN v. MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-
rari denied.

No. 00–1272. DELAWARE COUNTY HOUSING AUTHORITY v.
BISHOP. Comm. Ct. Pa. Motion of Housing Development Law
Institute et al. for leave to file a brief as *amici curiae* granted.
Certiorari denied. 

No. 00–1286. KANSAS CITY SOUTHERN RAILWAY CO. v. GID-
DENS. Sup. Ct. Mo. Motion of Association of American Rail-
roads for leave to file a brief as *amicus curiae* granted. Certio-
rari denied. 

No. 00–1301. ROE v. AWARE WOMAN CENTER FOR CHOICE,
INC., ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 00–1304. KROGER CO. v. CENTRAL STATES, SOUTHEAST
AND SOUTHWEST AREAS PENSION FUND ET AL. C. A. 7th Cir.
Motion of American Bakers Association for leave to file a brief
as *amicus curiae* granted. Certiorari denied. 

No. 00–1312. CALIFORNIA v. ALVARADO ET AL. Sup. Ct. Cal.
Motions of respondents Joaquin Alvarado and Jorge Lopez for
leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–8816. CEMINCHUK v. TENET, DIRECTOR OF CENTRAL
INTELLIGENCE, ET AL.; and CEMINCHUK v. REHNQUIST, CHIEF
JUSTICE OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Cer-
tiorari denied. THE CHIEF JUSTICE took no part in the consider-
ation or decision of this petition.